IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00015-DDD-TPO

ABBOT LABORATORIES,

     Plaintiff,

v.

REVITALYTE LLC,

     Defendant.

_____

ABBOTT LABORATORIES,

     Movant,

v.

MONSTER BREWING, LLC,

     Respondent.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 6, 2025.**

    A Motion Hearing on Abbott Laboratories' Motion to Compel Compliance with Subpoena [ECF 1] is **set** for **November 21, 2025, at 10:30 a.m.** MST before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Although the Court generally prefers in-person appearances, counsel may appear either in-person or by video conference. To attend the proceeding remotely, counsel shall refer to the video conference instructions attached to this minute order.

    The Parties may—but are not required to—file supplemental briefing or any additional information relevant to the dispute for the Court's consideration **by November 14, 2025**. Any supplemental filings shall be limited to four pages, double-spaced, in 12-point font, exclusive of case caption, signature, and certificate of service.

# Cisco Meeting App Instructions

# Judge Timothy P. O'Hara

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

  https://meet.uc.uscourts.gov/meeting/132776284?secret=zBLYIdFg6VOwZOeT6yeqNw

  **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

  2221100@uc.uscourts.gov  Meeting ID- 132776284#

- For Audio Only:

  - Phone: 571-353-2301, then enter 132776284#

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

  **Family Member/Public/Media "listen" to hearing:**

  571-353-2301
  Access Code: 061746309#